IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON AND ESTATE OF: ELIZABETH HENING LLOYD, DOB: 6/21/1942, A PROTECTED PERSON. | No. 81423 |
| CHAUNCEY LLOYD, Appellant, vs. WASHOE COUNTY PUBLIC GUARDIAN, Respondent. | FILED AUG 11 2020 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This appeal was docketed on July 6, 2020, without payment of the requisite filing fee. That same day, this court issued a notice directing appellant to pay the required filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Egan K. Walker, District Judge
Chauncey Lloyd
Washoe County District Attorney
Washoe District Court Clerk

20-29636